16383.    CURTIS *v.* THE STATE.

LUKE, J. The evidence amply authorized the defendant's conviction, the conviction has the approval of the trial judge, and none of the special grounds of the motion for a new trial is meritorious. The court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 9, 1925.

Conviction of assault with intent to rape; from Bibb superior court—Judge Mathews.  March 14, 1925.

*W. O. Cooper Jr., H. B. Bell,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.